## Floyd J. KESLING, Petitioner, v. George W. HUMPHREY, Warden.

### No. 12788.

Circuit Court of Appeals, Eighth Circuit.

Dec. 15, 1943.

PER CURIAM.

Petition for writ of habeas corpus dismissed for want of jurisdiction.

---

## Walter Judson LUNDGREN, Appellant, v. UNITED STATES of America, Appellee.

### No. 10480.

Circuit Court of Appeals, Ninth Circuit.

Feb. 14, 1944.

Rehearing Denied March 17, 1944.

Harry J. Valentine and Ralph Estrada, both of Phoenix, Ariz., for appellant.

Frank E. Flynn, U. S. Atty., and E. R. Thurman and John R. Franks, Asst. U. S. Attys., all of Phoenix, Ariz., for appellee.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the transcript of record, briefs filed by respective parties, and oral arguments, ordered judgment of District Court affirmed, that a judgment be filed and entered accordingly and that the mandate issue as provided in Rule 28.

---

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. EAGLE-PICHER LEAD COMPANY et al.

### No. 12785.

Circuit Court of Appeals, Eighth Circuit.

Dec. 27, 1943.

Howard Lichtenstein, Asst. Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Madden, Freeman & Madden, of Kansas City, Mo., for respondents.

PER CURIAM.

Respondents ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and pursuant to stipulation filed with Board.

---

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. FISHER GOVERNOR COMPANY.

### No. 12769.

Circuit Court of Appeals, Eighth Circuit.

Dec. 15, 1943.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Howard Lichtenstein, Asst. Gen. Co., National Labor Relations Board, both of Washington, D.C., for petitioner.

H. G. Cartwright, of Marshalltown, Iowa, for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and pursuant to stipulation filed with Board.